# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Robinson , <br><br> Plaintiff(s) <br><br> v. <br><br> Sun Communities, Inc. , <br><br> Defendant(s) | Case No. C 3:22-cv-05312 <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within  45  days.

Date:  December 15, 2022

Signed: /s/ Richard Morin
        Attorney for Plaintiff(s)

Signed: /s/ Robert M. Dickson
        Attorney for Defendant(s)

Signed: _____
        Attorney for Defendant(s)

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*