Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Robinson,<br><br>          Plaintiff,<br>     v.<br><br>Sun Communities, Inc.,<br><br>          Defendant. | Case No. 3:22-cv-05312-TSH<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff David Robinson and Defendant Sun Communities, Inc. hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: February 9, 2023                    Law Office of Rick Morin, PC

                                            _____
                                            By: Richard Morin
                                            Attorney for Plaintiff

Dated: February 9, 2023                    Hart Kienle Pentecost


                                            /s/ Robert M. Dickson
                                            By: Robert M. Dickson
                                            Attorneys for Defendant

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in its contents and have authorized the filing.

Dated: February 9, 2023                    Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff